[No. 1732-1.    Division One.    October 23, 1973.]

DIETERICH-POST COMPANY OF WASHINGTON, *Respondent*, v.
HERBERT S. EPSTEIN *et al., Defendants,* MARS
ELECTRIC CO., INC., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 729045, James J. Dore, J., entered May 19,
1972. *Affirmed* by unpublished opinion per Horowitz, J.,
concurred in by James and Williams, JJ.

[No. 1865-1.    Division One.    October 23, 1973.]

COCHRAN ELECTRIC COMPANY, INC., *Appellant,* v. CLEVELAND
WRECKING COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 744220, James W. Mifflin, J., entered July 31,
1972. *Reversed* by unpublished opinion per James, J., con-
curred in by Horowitz, J., and Walterskirchen, J. Pro Tem.

[No. 679-2.    Division Two.    October 26, 1973.]

DANIEL WALTER CATON, *Appellant,* v. THE DEPARTMENT OF
MOTOR VEHICLES, *Respondent.*

Appeal from a judgment of the Superior Court for Clark
County, No. 48271, J. Guthrie Langsdorf, J., entered June 2,
1971. *Affirmed* by unpublished per curiam opinion.

[No. 1811-1.    Division One.    October 29, 1973.]

LYDIA BUCKMAN, *Appellant,* v. IRENE BUCKMAN, *Individually
and as Executrix, Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 739079, George H. Revelle, J., entered July 5,
1972. *Affirmed* by unpublished opinion per Farris, J., con-
curred in by Swanson, C.J., and Walterskirchen, J. Pro
Tem.